IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLEVE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-06-988-T |
| | ) | |
| JUSTIN JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge

Doyle W. Argo issued January 29, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B).  Judge Argo

recommends dismissal of the case upon filing due to Plaintiff's failure to state a claim on which

relief can be granted under 42 U.S.C. § 1983.  *See* 28 U.S.C. § 1915A(b)(1); 42 U.S.C.

§ 1997e(c)(1).

Plaintiff has neither filed a timely objection to the Report nor requested additional time to

object.  The Court therefore finds Plaintiff has waived further review.  In addition, upon *de novo*

consideration of the issues, the Court finds Judge Argo's analysis to be correct.  The Court therefore

concurs in Judge Argo's recommendation of dismissal for failure to state a claim.

Therefore, the Court adopts the Report and Recommendation [Doc. 15] in its entirety.

Judgment will be entered accordingly.

IT IS SO ORDERED this 27th day of February, 2007.


_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE